**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.** 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of
EVELINE BARROS-CEPEDA, MARIA
DaROSA, and LUIS CARVALHO,
          Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
          Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

        Please enter my appearance as counsel of record for the Defendant, City of
Boston in the above-captioned matter.

                                        Respectfully submitted,
                                        DEFENDANT, CITY OF BOSTON
                                        By its attorneys:

                                        Merita A. Hopkins
                                        Corporation Counsel

                            By:    /s/ Helen G. Litsas

**CERTIFICATE OF SERVICE**                     Helen G. Litsas, BBO# 644848
**I hereby certify that on this day a true**   Assistant Corporation Counsel
**copy of the above document was served**      City of Boston Law Department
**upon the attorney of record for each**       Room 615, City Hall
**party by mail/by hand/by fax.**              Boston, MA 02201
                                               (617) 635-4023

10/6/05    /s/ Helen G. Litsas