AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ District of _____

SHENIA DANCY-STEWART,
LUIS CARVALHO + MARIA D'AROSA
V.

THOMAS TAYLOR, JR and
CITY OF BOSTON

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 11803 MLW

TO: (Name and address of Defendant)

CITY OF BOSTON
ONE CITY HALL SQUARE
BOSTON, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANDREW STOCKWELL-ALPERT, ESQ
11 BEACON ST, SUITE 1210
BOSTON, MA. 02108

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 0 1 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                                    September 16, 2005

I hereby certify and return that on 9/12/2005 at 8:20AM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Richard Carrusso, agent and person in charge at the time of service for City of Boston, at, One City Hall Square, Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   George Slyva

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                Signature of Server

                              _____
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.