UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA and LUIS CARVALHO<br>Plaintiffs<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the CITY OF BOSTON<br>Defendants | Civil Action<br>No. 05-11803MLW |

**PLAINTIFFS' MOTION TO ENLARGE TIME WITH
DEFENDANT CITY OF BOSTON'S ASSENT**

The plaintiffs move, with the defendant, City of Boston's assent, to enlarge the time for filing their Opposition to the Defendant's Motion to Dismiss their complaint by thirty days to **December 8, 2005**.

In support thereof, the plaintiffs state that lead counsel, Andrew Stockwell-Alpert, has been involved in several lengthy back-to-back criminal jury trials in Suffolk Superior Court and has not been able to direct sufficient attention to the Motion to Dismiss until now. Additionally, the Plaintiffs previously agreed to two separate enlargements of time when the Defendant requested it, totaling approximately thirty days.

Respectfully submitted

_____
Andrew Stockwell-Alpert
11 Beacon Street –Suite 1210
Boston, MA 02108
617) 720-4244
BBO #481190

Assented by:

_____
Kate Cook - BBO #650698
Corporation Counsel
City of Boston Law Department
Room 615 – City Hall
Boston, MA  02201
(617) 635-4022