AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Shenia Dancy Stewart
Luis Carvalho + Maria Darosa
V.

Thomas Taylor, Jr. et al
City of Boston

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 11803 MLW

TO: (Name and address of Defendant)

Police Officer Thomas Taylor, Jr.
Boston Police Dept - Area B3
1165 Blue Hill Avenue
Dorchester, MA 02124

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stockwell-Alpert
11 Beacon St — Suite 1210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___TWENTY___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[S]ARAH A. THORNTON

SEP 0 1 2005

CLERK    DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 1, 2005

I hereby certify and return that on 11/1/2005 at 7:00AM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Thomas Taylor, Sr. Police Officer in/for Shift, 135 Blue Hill Avenue, Area -B, Dorchester, MA 02124. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.40), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $43.40

Deputy Sheriff Daniel Thomas

Deputy Sheriff