**ANDREW STOCKWELL-ALPERT**
ATTORNEY AT LAW
11 BEACON STREET
SUITE 1210
BOSTON, MASSACHUSETTS 02108

TEL: (617) 720-4244
FAX: (617) 275-8000

January 4, 2006

Ms. Kathleen Boyce
Docket Clerk for Judge Mark L. Wolf
United States District Court
One Courthouse Way
Boston, MA 02110

RE: Shenia Dancy-Stewart et als. V. Thomas Taylor, Jr. et als.
C.A. No. 05-118003MLW

Dear Ms. Boyce,

I am the legally blind attorney who spoke with you today about being exempted from the electronic filing requirement because of the difficulty I have reading the information as it comes to my computer from the Court in the very small and difficult print. I was once enrolled in this but I actually asked to be taken off the list because of the difficulty I was having. I have at most one or two cases at a time in federal court and I have never had a problem with obtaining this special dispensation before.

I hope Judge Wolf is willing to accommodate me with this request. I am the only attorney for the plaintiffs who is filing anything on their behalf and the City Law Department is representing all of the defendants and has been sending me hard copies of everything all along.

Thank you for your consideration.

Very truly yours,

Andrew Stockwell-Alpert

ASA/znd

~~Enclosures~~