UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.** 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
    Defendants.

## JOINT MOTION
## TO RESCHEDULE MOTION TO DISMISS HEARING AND SCHEDULING CONFERENCE

    NOW COME the Parties to the above-captioned action, and move this Honorable Court to continue the date of the hearing on the Defendants' Motions to Dismiss and the Scheduling Conference, now set for August 11, 2006 to the date of August 18, 2006, August 25, 2006 or another date available in the court calendar. As grounds for this motion, the Parties state that counsel for the Defendant will be on vacation and/or unavailable due to trial until August 18, 2006. Allowing this motion will not prejudice any party to the action.

    WHEREFORE, the Parties respectfully request that this Honorable Court allow its motion to continue the date of the Defendants' motion to dismiss hearing and the Scheduling Conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
| PLAINTIFFS SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO, | DEFENDANTS CITY OF BOSTON, AND THOMAS TAYLOR, <br><br>William F. Sinnott<br>Corporation Counsel |
| By their attorney: | By its attorneys: |
| /s/ Andrew Stockwell-Alpert<br>Andrew Stockwell-Alpert<br>11 Beacon Street<br>Suite 1210<br>Boston, MA 02108<br>(617) 720-4244 | /S/ Helen Litsas\_\_\_<br>Kate Cook BBO# 650698<br>Helen Litsas BBO#644848<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4022 (Cook)<br>(617) 635-4023 (Litsas) |