UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.** 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate
of EVELINE BARROS-CEPEDA,
MARIA DaROSA, and LUIS
CARVALHO,
      <u>Plaintiffs</u>,

v.

THOMAS TAYLOR, Jr., and the
CITY OF BOSTON,
      <u>Defendants</u>.

## JOINT MOTION
## TO RESCHEDULE MOTION TO DISMISS HEARING AND SCHEDULING CONFERENCE

NOW COME the Parties to the above-captioned action, and move this Honorable Court to continue the date of the hearing on the Defendants' Motions to Dismiss and the Scheduling Conference, now set for August 18, 2006 to the date of August 25, 2006, August 28, 2006 or another date available in the court calendar.

As grounds for this motion, the Parties state that in their previously filed Joint Motion to Reschedule Motion to Dismiss Hearing and Scheduling Conference, which was allowed by the Court and effectively rescheduled the August 11, 2006 hearing to August 18, 2006, the Parties inadvertently included the date of August 18, 2006 as a proposed available date. Plaintiff's counsel, however, is scheduled to be on vacation and out of state on August 18, 2006, and is therefore unavailable. As additional grounds, the Parties state that allowance of this motion will not prejudice any party.

WHEREFORE, the Parties respectfully request that this Honorable Court allow its motion to continue the date of the Defendants' motion to dismiss hearing and the Scheduling Conference.

Respectfully submitted,

2

| | |
|---|---|
| PLAINTIFFS SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO, | DEFENDANTS CITY OF BOSTON, AND THOMAS TAYLOR, William F. Sinnott Corporation Counsel |
| By their attorney: | By its attorneys: |
| /s/ Andrew Stockwell-Alpert<br>Andrew Stockwell-Alpert<br>11 Beacon Street<br>Suite 1210<br>Boston, MA 02108<br>(617) 720-4244 | /S/ Helen Litsas___<br>Kate Cook BBO# 650698<br>Helen Litsas BBO#644848<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4022 (Cook)<br>(617) 635-4023 (Litsas) |

2