UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
    Defendants.

CERTIFICATION OF DEFENDANT THOMAS TAYLOR JR.

I, Thomas Taylor, Jr., hereby certify pursuant to Local Rule of Federal Procedure 16.1(D)(3) that I have conferred with counsel:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

William F. Sinnott
Corporation Counsel

By his attorneys:

/s/ Thomas Taylor, Jr.
_____
Thomas Taylor, Jr.

/s/ Helen G. Litsas
_____
Kate Cook BBO# 650698
Helen Litsas BBO#644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022 (Cook)
(617) 635-4023 (Litsas)

Case 1:05-cv-11803-MLW    Document 23    Filed 08/25/2006    Page 2 of 2