## UNITED STATES DISTRICT COURT
## DISTICT COURT OF MASSACHUSETTS

SHENIA DANCY-STEWART as
Administratrix of the Estate of
EVELINE BARROS-CEPEDA,
     Plaintiff

V.          CIVIL ACTION NO: 05-11803-MLW

THOMAS TAYLOR, Jr. and the
CITY OF BOSTON

## NOTICE OF APPEARANCE

  Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes as co-counsel on behalf of the plaintiff Shenia Dancy-Stewart, as Administratrix of the Estate of Eveline Barros-Cepeda in the above-captioned matter.

              Respectfully submitted on behalf of,
              SHENIA DANCY-STEWART,

August 25, 2006       /s/William Keefe
Date           WILLIAM KEEFE
              BBO # 556817
              406 South Huntington Ave.
              Jamaica Plain, MA 02130
              Telephone (617) 983-9200
              Facsimile (617) 983-0733