UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | Thomas Taylor et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Andrew Stockwell-Alpert | Helen Listas |
| William Keefe | Kathryn Cook |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Patrisso

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 8/25/06 | Court dismisses count 5, 6, 7, 9, 10, 15 of the complaint with the agreement of the plaintiff. Court listens to oral arguments on the remaining counts. Court denies Taylors motion to dismiss as to counts 1, 2, 3, 12, grants Taylors motion as to count 16 and denies in part and grants in part as to count 8. Court denies the city's motion to dismiss as to count 4. Court sets a schedule for the remainder of the case. Scheduling order to issue. Court orders atty. Keefe to file a notice of appearance if he wishes to remain in the case. |