**ANDREW STOCKWELL-ALPERT**
ATTORNEY AT LAW
11 BEACON STREET
SUITE 1210
BOSTON, MASSACHUSETTS 02108
TEL: (617) 720-4244
FAX: (617) 275-8000

FILED
[CLERK'S] OFFICE

[2006] SEP -5  P 2:38

DISTRICT COURT
DISTRICT OF MASS.

September 1, 2006

Clerk for Civil Business
United States District Court
One Courthouse Way
Boston, MA 02110

RE: Shenia Dancy-Stewart et als v. Thomas Taylor et als.
    Civil Action No 05-11803MLW

Dear Civil Clerk:

Enclosed for filing in the above-referenced matter please find;

**SECOND AMENDED COMPLAINT AND JURY TRIAL DEMAND**

This is being filed because the previously filed Amended Complaint contained a number of typographical and punctuation errors that needed correction. It does not change the Amended Complaint substantively in any manner.

Thank you for your attention to this matter.

Very truly yours,

Andrew Stockwell-Alpert

ASA/znd

Enclosures