**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION**
**NO. 05-11803-MLW**

| | |
|---|---|
| **SHENIA DANCY-STEWART as** | ) |
| **Administratrix of the Estate of** | ) |
| **EVELINE BARROS-CEPEDA, MARIA** | ) |
| **DaROSA, and LUIS CARVALHO,** | ) |
|              **Plaintiffs** | ) |
| | ) |
|     **v.** | ) |
| | ) |
| **THOMAS TAYLOR, Jr. and the** | ) |
| **CITY OF BOSTON** | ) |
|              **Defendants** | ) |



**NOTICE OF VOLUNTARY DISMISSAL OF**
**PLAINTIFF LUIS CARALHO'S CLAIMS**

Now comes the Plaintiff, Luis Carvalho, in the above-captioned complaint, and voluntarily dismisses all of his claims against both defendants, Thomas Taylor, Jr. and the City of Boston with prejudice and without costs.

Respectfully submitted
For the plaintiff Luis Carvalho

Manuel R. Pires, Esq.
BBO #563067
DeMiranda & Pires, L.L.C.
1212 Hancock Street
Quincy, MA 02169
(617) 479-8222

## CERTIFICATE OF SERVICE

I, Manuel R. Pires, hereby certify that on November 2, 2006, I served the Notice of Voluntary Dismissal of Plaintiff Luis Carvalho's Claims by mailing a copy, postage prepaid, to the following:

Helen G. Litsas
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201

Date

Manuel R. Pires, Esq.

2