UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART as Administratrix )
of the Estate of EVELINE BARROS-CEPEDA, )
MARIA DaROSA and LUIS CARVALHO )
              Plaintiffs )
)
            v. )
)
THOMAS TAYLOR, Jr., and the )
CITY OF BOSTON )
             Defendants )

Civil Action
No. 05-11803MLW

## NOTICE OF VOLUNTARY DISMISSAL OF
## ALL CLAIMS OF PLAINTIFF MARIA DaROSA

The Plaintiff, Maria DaRosa, hereby voluntarily dismisses all of her claims against the two defendants, Thomas Taylor, Jr. and the City of Boston with prejudice and without costs.

Respectfully submitted

Andrew Stockwell-Alpert
11 Beacon Street –Suite 1210
Boston, MA 02108
(617) 720-4244
BBO #481190

Certificate of Service
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 11/9/06