**ANDREW STOCKWELL-ALPERT**
ATTORNEY AT LAW
11 BEACON STREET
SUITE 1210
BOSTON, MASSACHUSETTS 02108
TEL: (617) 720-4244
FAX: (617) 275-8000

FILED
IN CLERKS OFFICE
2006 NOV 13 A 11: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

November 8, 2006

Clerk for Civil Business
United States District Court
One Courthouse Way
Boston, MA 02110

RE:   Shenia Dancy-Stewart v. Thomas Taylor et als.
      Civil Action No 05-11803MLW

Dear Civil Clerk:

Enclosed for filing in the above-referenced matter please find;

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, and PLAINTIFF'S THIRD AMENDED COMPLAINT**

Previously, the plaintiffs Luis Carvalho and Maria DaRosa filed Notices of Voluntary Dismissal of their claims against the two defendants. That leaves only one plaintiff in the action, Shenia Dancy-Steward, Administrator.

This Third Amended Complaint is being filed to reflect the current status of the parties and to streamline the pleadings to reflect that new status. It lists only the one plaintiff and the two defendants and all claims of the now departed plaintiffs have been removed.

Thank you for your attention to this matter.

Very truly yours,

Andrew Stockwell-Alpert

Enclosures