**FILED IN CLERKS OFFICE**
**2006 NOV 17 P 1:05**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS**

Attention Jeremy Silverfine

RE: Jerry Coviello Pro SE

V: Town of Chelmsford, Chelmsford P.D. et al

U.S. District Court Civil Action no. 04-11901-MLW

dated; Nov. 15th 2006

---

I am in the process of getting together all the information you are requesting. Some of it is in the possesion of associates. You will have it by Nov 24th 2006

Signed; Jerry Coviello

Jerry Coviello Pro-SE
86 Richardson Rd. Apt 1
N. Chelmsford, MA. 01863