UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

---

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
    Defendants.

---

NOTICE OF WITHDRAWAL

    Kindly withdraw my appearance as counsel of record for the Defendants, City of Boston, and Thomas Taylor Jr. in the above-captioned matter.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON
AND THOMAS TAYLOR JR.

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Kate Cook
_____
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698