<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

CIVIL ACTION NO. **05-11803-MLW**

SHENIA DANCY-STEWART as
Administratrix of the Estate
of EVELINE BARROS-CEPEDA,
MARIA DaROSA, and LUIS
CARVALHO,
    <u>Plaintiffs</u>,

v.

THOMAS TAYLOR, Jr., and the
CITY OF BOSTON,
    <u>Defendants</u>.

## <u>DEFENDANTS' REPORT REGARDING SETTLEMENT PROSPECTS</u>

Pursuant to this Court's Scheduling Order, dated August 28, 2006, the Defendants, City of Boston and Thomas Taylor ("the defendants") hereby respectfully submit this report regarding the prospects for settlement and mediation.

### I.    <u>Prospects for Settlement</u>

The parties have not reached any agreement with respect to settlement in this case. The Defendants have been actively engaged in discovery at this time.

### II.    <u>Mediation</u>

The Defendants would consider mediation by a magistrate judge.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON, AND
THOMAS TAYLOR,

William F. Sinnott
Corporation Counsel

By its attorneys:


/s/ Helen G. Litsas
_____
Helen G. Litsas BBO#644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Litsas)