UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 FEB -9 A 11: 50

U.S. DISTRICT COURT
DISTRICT MASS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,<br>Plaintiff<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the<br>CITY OF BOSTON<br>Defendants | Civil Action<br>No. 0511803MLW |

## PLAINTIFF'S REPORT ON SETTLEMENT PROGRESS

There has been no movement at all with respect to settlement of this case. The Defendants have repeatedly stated their position that there is no possibility that they will consider settling this case because they are convinced that they will prevail on Summary Judgment. This being the case, all discussion will have to wait until they lose the Summary Judgment motion which is almost certain given the nature of the claims. Naturally, the plaintiff's demand will be substantially higher at that time because of the extraordinary amount of discovery that will have been undertaken and the cost of retaining experts who will, of course, have to be paid.

Respectfully submitted

Andrew Stockwell-Alpert
11 Beacon Street –Suite 1210
Boston, MA 02108
(617) 720-4244
BBO #481190

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party 2/8/07

CDA