UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, <br> Plaintiff <br><br> v. <br><br> THOMAS TAYLOR, Jr., and the CITY OF BOSTON <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action
No. 0511803MLW

## PLAINTIFF'S REPORT ON SETTLEMENT PROGRESS
## RE: MEDIATION

The Plaintiff is not opposed to mediation and would be willing to attempt to resolve this case in that manner but not at this time and not under the present circumstances where the Defendants have made it clear that they are not coming to the table with any interest in offering any money to settle. The Plaintiff has no incentive to participate in a fruitless process the only value of which would be to provide them with discovery of what a particular mediator thinks the case is worth. At such time as the Defendants have a genuine interest in engaging in meaningful settlement discussions, this certainly would be an option, depending, also, of curse, on who the mediator would be.

Respectfully submitted,

Andrew Stockwell-Alpert
11 Beacon Street
Boston, MA 02108
(617) 720-4244
B.B.O. #481190

## CERTIFICATE OF SERVICE

     I, Andrew Stockwell-Alpert, certify I have served a true copy of Plaintiff's Report on Settlement Progress to the attorney of record for each other party by first class mail, postage pre-paid, on February 21, 2007.

Andrew Stockwell-Alpert, Esq.