UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. **05-11803-MLW**

SHENIA DANCY-STEWART as
Administratrix of the Estate
of EVELINE BARROS-CEPEDA,
MARIA DaROSA, and LUIS
CARVALHO,
        Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the
CITY OF BOSTON,
        Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

        Please enter the appearance of Evan C. Ouellette as
attorney for the Defendants, Thomas Taylor, Jr., and the
City of Boston in the above-captioned matter.

                        Respectfully submitted,
                        FOR THE DEFENDANT,

                        By its attorney:
                        William F. Sinnott
                        Corporation Counsel

                        /s/Evan C. Ouellette
                        BBO #655934
                        Assistant Corporation Counsel
                        City of Boston Law Department
                        City Hall, Room 615
                        Boston, MA 02201
                        (617) 635-4048

Dated: March 2, 2007