UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2007 MAR -2  P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix ) <br> of the Estate of EVELINE BARROS-CEPEDA, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> THOMAS TAYLOR, Jr., and the ) <br> CITY OF BOSTON ) <br> Defendants ) | Civil Action <br> No.0511803MLW |

**PLAINTIFF'S REVISED REPORT ON SETTLEMENT
RE; MEDIATION**

The Plaintiff has further considered the idea of mediating this matter and is ready and willing to engage in the process at the earliest opportunity.

Respectfully submitted

Andrew Stockwell-Alpert
11 Beacon Street –Suite 1210
Boston, MA 02108
(617) 720-4244
BBO #481190

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 2/28/07.