UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, ,
<u>Plaintiff</u>,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
<u>Defendants</u>.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly withdraw my appearance as counsel of record for the Defendants, City of Boston, and Thomas Taylor, in the above-captioned matter. Successor counsel will be filing an appearance.

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.**

3/18/07       /s/ Helen G. Litsas

_____  _____
**Date**        **Helen G. Litsas**

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and THOMAS TAYLOR,
By their attorneys:

William F. Sinnott
Corporation Counsel

/s/ Helen G. Litsas
_____
Helen G. Litsas, BBO#  644848
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

05-2545/hglnow.doc