UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA, and LUIS CARVALHO,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of Thomas Donohue as attorney for the Defendants, Thomas Taylor, Jr., and the City of Boston in the above-captioned matter.

Respectfully submitted,
DEFENDANTS, THOMAS TAYLOR, JR.
and CITY OF BOSTON

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Thomas Donohue
Thomas Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4039

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2007.

                                        /s/ Thomas Donohue
                                        Thomas Donohue