UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the
Estate of EVELINE BARROS-
CEPEDA,
    <u>Plaintiff</u>,

v.

THOMAS TAYLOR, Jr., and the
CITY OF BOSTON,
    <u>Defendants</u>.

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Please withdraw my appearance as counsel of record for the Defendants, City of Boston and Thomas Taylor, Jr., in the above-captioned matter. All Defendants currently have another counsel of record and successor co-counsel will file an appearance.

    Respectfully submitted,

    DEFENDANTS, CITY OF BOSTON
    AND THOMAS TAYLOR, JR.
    William F. Sinnott
    Corporation Counsel
    By their attorneys:


    /s/ Thomas R. Donohue
    _____
    Thomas R. Donohue, BBO#643483
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039

L-0046/nmfnoa.doc

2

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007.

                                      <u>/s/ Thomas R. Donohue</u>
                                      Thomas R. Donohue