UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of
EVELINE BARROS-CEPEDA,
    Plaintiff,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please enter my appearance as counsel of record for the Defendants, City of Boston, and Thomas Taylor, in the above-captioned matter and please also note counsel's change of address to the following:

        Helen G. Litsas, Esq.
        Law Office Of Helen G. Litsas
        Hollett Building
        38 Main Street
        Saugus, MA 01906

Please also note my new electronic mail address as follows:

        helen@litsaslaw.com.

[signature next page]

Respectfully submitted,
DEFENDANTS, CITY OF
BOSTON, and THOMAS TAYLOR
By their attorney:

By:   /s/ Helen G. Litsas

Helen G. Litsas, BBO# 644848
38 Main Street, Hollett Building
Saugus, MA 01906
(781) 231-8090 (phone)
(781) 231-8094 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand/by fax.

**9/6/07**   **/s/ Helen G. Litsas**