UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

SHENIA DANCY-STEWART as
Administratrix of the Estate of
EVELINE BARROS-CEPEDA

v.   CIVIL ACTION NO: 05-11803-MLW

THOMAS TAYLOR, JR. and the
CITY OF BOSTON

## MOTION TO EXCUSE APPEARANCE OF COUNSEL

Now comes the undersigned and respectfully asks that he be excused from the Court hearing scheduled for December 19, 2007. As grounds therefore the undersigned states that he is scheduled for jury selection and evidence to follow in the matter of Commonwealth v. Armando Morales in Suffolk Superior Court before Judge Gaziano this morning (Courtroom 817, telephone number 617-788-8156). The undersigned believes Mr. Stockwell-Albert will appear and can have stand-in (co-counsel on the complaint) counsel at Court to appear on the plaintiff's behalf. The defendant notes that the Morales trial has been continued by the Court from previous trial dates

Respectfully submitted,
**SHENIA DANCY-STEWART**
By her attorney,
/s/ William Keefe
William Keefe
BBO # 556817
406 South Huntington Ave.
Jamaica Plain, MA 02130
Phone (617) 983-9200
Fax (617) 983-0733

## CERTIFICATE OF SERVICE

      I, William Keefe, hereby certify that a copy of the defendant's Motion to Excuse Appearance of Counsel was sent to the United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on December 19, 2007, by electronic filing.

| | |
|---|---|
| <u>12-19-07</u> | <u>/s/ William Keefe</u> |
| Date | William Keefe |