UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART, ET AL.  )
    Plaintiffs,              )
                             )
    v.                    )         CV No. 05-11803-MLW
                             )
THOMAS TAYLOR, Jr., ET AL.,   )
    Defendants.            )

ORDER

WOLF, D.J.                                 December 20, 2007

For the reasons stated at the conference on December 19, 2007, it is hereby ORDERED that:

1.  By 12:00 noon on December 21, 2007, defendants shall submit a motion to compel and proposed order listing the ten remaining depositions they seek to take and proposing a schedule for these depositions, with depositions to begin no earlier than January 14, 2008 and be completed by no later than January 18, 2008.  Because the plaintiff represented at the conference that she will not call Gabriel Robaldo to testify at trial, and in reliance on that representation, defendants will not seek to depose Mr. Robaldo.

2.  Plaintiff may take depositions of the ten witnesses described at the conference beginning no earlier than January 28, 2008.  They shall be completed by no later than February 1, 2008.

3.  By January 3, 2008, plaintiff shall respond to the defendants' pending interrogatories and requests for documents.

4.  By February 8, 2008, plaintiff shall designate experts

1

and disclose the information described in Federal Rule of Civil Procedure 26(a)(2) concerning each expert.  Defendants shall do the same by March 14, 2008.   Any depositions of experts shall be completed by April 11, 2008.

5.   By April 18, 2008, counsel for the parties shall confer and each shall file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

6.   A scheduling conference will be held on April 24, 2008, at 3:00 p.m.   It shall be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference.

7.   A final pretrial conference shall be held on May 15, 2008, and must be attended by trial counsel with full settlement authority or with their client(s).

8.   Trial shall commence on May 27, 2008.


                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE