UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## ORDER FOR DISCLOSURE OF CRIMINAL OFFENDERS RECORD INFORMATION

Upon leave of court access is granted to the Defendants' counsel: Helen G. Litsas, Special Assistant Corporation Counsel, Hollett Building, 38 Main Street, Saugus, MA 01906, and Evan C. Ouellette, Assistant Corporation Counsel, City of Boston Law Department, Room 615, City Hall, Boston, Massachusetts 02201, to herein obtain certified copies of all of the criminal and probation records, and all documents related thereto, of the persons listed below:

1. **TRAVO CARTER**

   **DATE OF BIRTH:** 7/20/82
   **CURRENT ADDRESS:** 19 Sumner Street, Apt. 2
   Revere, MA 02151

2. **BRIMA WURIE**

   **DATE OF BIRTH:** 2/22/79
   **CURRENT ADDRESS:** 51 Speedwell Street #2
   Dorchester, MA 02122

   **SSN:** 019-72-XXXX

3. **CARLOS FERNANDES**

    **DATE OF BIRTH:**    3/5/79
    **CURRENT ADDRESS:**    32 Lonsdale Street
    Dorchester, MA 02124

    192 Westville Street, Apt. 1
    Dorchester, MA

    **SSN:**    013-64-XXXX

4. **LUIS CARVALHO**

    **DATE OF BIRTH:**    11/12/80
    **CURRENT ADDRESS:**    93 Howard Avenue, Apt. 1
    Dorchester, MA 02125

    **SSN:**    025-68-XXXX

5. **MARIA DEROSA**

    **DATE OF BIRTH:**    3/4/81
    **CURRENT ADDRESS:**    11 Greenheys Street
    Dorchester, MA 02121

    40 McLellan Street
    Dorchester, MA

    **SSN:**    013-62-XXXX

6. **JAMES NICHOLAS**

    **DATE OF BIRTH:**    9/1980

    **CURRENT ADDRESS:**    217 Notre Dame Avenue
    Manchester, NH 03102-3943

    **SSN:**    014-84-XXXX

8. **CARLOS CEPEDA**

    **DATE OF BIRTH:**    9/1963

|   |   |
|---|---|
| **CURRENT ADDRESS:** | 75 Wayland Street<br>Boston, MA 02127 |
| **SSN:** | 014-58-XXXX |

9. **EVELINE BARROS CEPEDA**

|   |   |
|---|---|
| **DATE OF BIRTH:** | 3/22/77 |
| **ADDRESS:** | 75 Wayland Street<br>Boston, MA 02127 |

10. **DOMINGAS DEPINA**

|   |   |
|---|---|
| **DATE OF BIRTH:** | 3/22/77 |
| **ADDRESS:** | 75 Wayland Street<br>Boston, MA 02127 |

11. **GABRIEL ROBALDO**

|   |   |
|---|---|
| **DATE OF BIRTH:** | 3/22/77 |
| **ADDRESS:** | 75 Wayland Street<br>Boston, MA 02127 |

By the court,

/s/ Mark L. Wolf

Dated: December 19, 2007