**ANDREW STOCKWELL-ALPERT**

ATTORNEY AT LAW

11 BEACON STREET

SUITE 1210

BOSTON, MASSACHUSETTS 02108

TEL: (617) 720-4244

FAX: (617) 275-8000

January 23, 2008

Helen Litsas, Esq.
38 Main Street
Hollett Bldg.
Saugus, MA 02906

Dear Attorney Litsas,

This letter is written pursuant to our telephone conversation and Local Rule 26.1. It was essential that I file the Motion for Leave to Videotape Deposition in sufficient time to make the arrangements for it if allowed. I had mentioned to you in advance of filing the Motion that I intended to videotape the deposition and am well aware that for whatever reason you think you can do so, you intend to oppose it.

I have filed the Motion as you know and am faxing this letter to Dennis O'Leary for delivery to the Judge forthwith. I am certain you will be contacted relative to any opposition you might have.

Very truly yours,

Andrew Stockwell-ALpert

Andrew Stockwell-Alpert