UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## DEFENDANTS CITY OF BOSTON'S AND THOMAS TAYLOR'S SUPPLEMENT TO CERTIFICATION OF SERVICE PURSUANT TO THIS COURT'S FEBRUARY 5, 2008 ORDER

Defendants, City of Boston and Thomas Taylor, Jr. ("Defendants"), hereby file this supplement to the certification of service filed on February 20, 2008. Attached please find Exhibit D, an affidavit of John Gamel, regarding service attempted made upon Maria DaRosa.

Respectfully submitted,

DEFENDANTS, THOMAS TAYLOR, JR.
AND CITY OF BOSTON,
By their attorneys:

/s/ Helen G. Litsas
_____
Helen G. Litsas #644848
Special Assistant Corporation Counsel
Hollett Building
38 Main Street
Saugus, MA 01906
(781) 231-8090

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon lead plaintiff's counsel, Andrew Stockwell-Alpert, by electronic filing and by postage prepaid, first class, U.S. Mail.

2/21/08            /s/ Helen G. Litsas

Date               Helen G. Litsas

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,
**Plaintiff**,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
**Defendants**

### AFFIDAVIT OF JOHN GAMEL

I, HELEN G. LITSAS, on oath, do hereby depose the following:

1. I am currently employed as a private investigator and was assigned by the City of Boston to serve to Ms. DaRosa with certain documents related to the above-captioned matter.

2. On February 14, 2008, I attempted to serve Maria DeRosa with a subpoena for testimony on February 21, 2008, accompanied by a "Memorandum And Order" dated February 5, 2008 by the Honorable Mark Wolf. I went to Ms. DaRosa's residence at 12 Greenheys Street, Dorchester, MA at 730AM on this day, but was unable to contact any residents of the building.

3. I returned to the 12 Greenheys residence at 630PM, and met a first floor resident. This person (who would not reveal his name), went to the second floor calling out "Maria!" as he entered the stairway. He returned after being in the DeRosa residence for approximately seven minutes and advised: "She's not home. The baby-sitter's with the kids."

4. On February 17, 2008, I again attempted to serve Ms. DeRosa, but when I went to the DeRosa residence at 1120AM I observed that the doorbell for Apt. 2 had been removed from the door casing. I then went to the back door of Apt. 2, and attempted to speak with Ms. DeRosa.

5.  At the back of the residence, I then spoke with a Courtney Forde, who had previously identified himself to me as Ms. DeRosa's "partner." He advised me that DeRosa had "gone on vacation for a week."

6.  On February 18, 2008, I again attempted to serve Ms. DeRosa. I went to the Derosa residence at 413PM and attempted to speak with anyone in the residence. My repeated knocks on the doors went unanswered. At that point, I left a copy of the subpoena and Judge Wolf's Memorandum And Order on the front door of the residence, affixed in place with waterproof plastic tape. I also scanned a copy of the exterior of the envelope in which I had placed the documents, and also photographed the envelope as I had left it taped to the door of the residence.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 21st OF FEBRUARY.

/s/ John Gamel
_____
/s/ John Gamel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,
  **Plaintiff**,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
  **Defendants**

## AFFIDAVIT OF JOHN GAMEL

I, JOHN GAMEL, on oath, do hereby depose the following:

1. I am currently employed as a private investigator and was assigned by the City of Boston to serve to Ms. DeRosa with certain documents related to the above-captioned matter.

2. On February 14, 2008, I attempted to serve Maria DeRosa with a subpoena for testimony on February 21, 2008, accompanied by a "Memorandum And Order" dated February 5, 2008 by the Honorable Mark Wolf. I went to Ms. DeRosa's residence at 12 Greenheys Street, Dorchester, MA at 730AM on this day, but was unable to contact any residents of the building.

3. I returned to the 12 Greenheys residence at 630PM, and met a first floor resident. This person (who would not reveal his name), went to the second floor calling out "Maria!" as he entered the stairway. He returned after being in the DeRosa residence for approximately seven minutes and advised: "She's not home. The baby-sitter's with the kids."

4. On February 17, 2008, I again attempted to serve Ms. DeRosa, but when I went to the DeRosa residence at 1120AM I observed that the doorbell for Apt. 2 had been removed from the door casing. I then went to the back door of Apt. 2, and attempted to speak with Ms. DeRosa.

5.  At the back of the residence, I then spoke with a Courtney Forde, who had previously identified himself to me as Ms. DeRosa's "partner." He advised me that DeRosa had "gone on vacation for a week."

6.  On February 18, 2008, I again attempted to serve Ms. DeRosa. I went to the DeRosa residence at 413PM and attempted to speak with anyone in the residence. My repeated knocks on the doors went unanswered. At that point, I left a copy of the subpoena and Judge Wolf's Memorandum And Order on the front door of the residence, affixed in place with waterproof plastic tape. I also scanned a copy of the exterior of the envelope in which I had placed the documents, and also photographed the envelope as I had left it taped to the door of the residence.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 21st OF FEBRUARY.

/s/ John Gamel
_____
/s/ John Gamel