```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART,         )
     Plaintiff,               )
                              )
     v.                       )     C.A. No. 05-11803-MLW
                              )
THOMAS TAYLOR, Jr., ET AL.,   )
     Defendants.              )
```

ORDER

WOLF, D.J.                                    February 26, 2008

For the reasons stated in court on February 25, 2008, it is hereby ORDERED that:

1. By February 29, 2008, the defendants shall submit any motion to compel regarding the testimony of Luis Carlvalho, Brima Wurie, and Carlos Fernandes and the assertion by these witnesses of Fifth Amendment rights during their depositions. The defendants shall personally serve any motion to compel on these witnesses and shall promptly file notice with the court when such service is accomplished, or explain why personal service was not possible.

2. These witnesses shall respond to the defendants' motion to compel within fourteen days of being served with the motion.

3. Except for the additional motions and hearings specifically authorized in this Order and previous Orders, the schedule in this case will continue as described in the December 20, 2007 Order. Therefore:

    a) Any depositions of experts shall be completed by April 11, 2008;

1

  b) By April 18, 2008, counsel for the parties shall confer and each shall file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment;

  c) A scheduling conference will be held on April 24, 2008, at 3:00 p.m.  It shall be attended by trial counsel with full settlement authority or with their client(s). If appropriate, a schedule for filing motions for summary judgment will be established at this conference;

  d) A final pretrial conference shall be held on May 15, 2008, and must be attended by trial counsel with full settlement authority or with their client(s); and

  e) Trial shall commence on May 27, 2008.

          /s/ Mark L. Wolf
         UNITED STATES DISTRICT JUDGE