UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | City of Boston et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Andrew Stockwell-Alpert | Helen Litsas |
| William Keefe | E van Oullette |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Scott

## CLERK'S NOTES

| DATES: | Contempt Hearing |
|---|---|
| 2/25/08 | Court orders defendants to file any motion to compel Fernandes, Carvalho and Wurie, by February 29, 2008 and personally serve the individuals. Any response should be filed within the 14 day period required by the rules. Court further orders the defendant to file certificate of service promptly once the individuals have been served. Court proceeds to the contempt hearing regarding the witness DeRosa. Defendant calls John Gamel - witness takes the stand and is sworn. Court finds without prejudice that there is not clear and convincing evidence to find the witness Maria DeRosa in contempt. Court authorizes a deposition of DeRosa on March March 5, 2008. Service to be made in hand by March 3, 2008. Defendant to file a status report by March 7, 2008. Further hearing to be held on March 13, 2008 at 1:00 PM. Court orders defendant to report by March 10, 2008 with regard to the witness Carter as well. |