UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## CERTIFICATION OF IN-HAND SERVICE OF SUBPOENA UPON MARIA DEROSA

I, Evan Ouellette, as counsel for the Defendants, City of Boston and Thomas Taylor, do hereby certify that on March 3, 2008, at approximately 1:40 p.m., Maria Derosa was personally served in-hand with Subpoena for Testimony and Subpoena Duces Tecum to Maria Derosa and notified to appear at her deposition to be held on March 5, 2008. The first page of said Subpoena is attached hereto as **Exhibit 1**. The Proof of Service of said subpoena is attached hereto as **Exhibit 2**.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON and
    THOMAS TAYLOR

    William F. Sinnott
    Corporation Counsel
    By its attorneys:

    /s/ Evan C. Ouellette_____
    Evan C. Ouellette, BBO # 655934
    Helen G. Litsas, BBO#  644848
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201

Date: March 4, 2008_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed a true copy of the attached document via electronic filing and served a true copy of the attached document by mail upon:

Andrew Stockwell-Alpert
11 Beacon Street, Suite 1210
Boston, MA 02108


/s/ Evan C. Ouellette____
Evan C. Ouellette

Date: March 4, 2008____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, ,
Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
Defendants.

**SUBPOENA FOR TESTIMONY AND SUBPOENA DUCES TECUM TO MARIA DAROSA**

TO: MARIA DEROSA, A/K/A, MARIA DEROSA, DOB 3/4/81

YOU ARE COMMANDED - under Rule 45 of the Federal Rules of Civil Procedure - to appear at the place, date, and time specified below to testify at the taking of deposition in the above case to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified in Schedule A, attached hereto, at the place, date, and time specified below in the above case:

PLACE OF TESTIMONY:
City of Boston Law Dept., Room 615
Boston City Hall
Boston, MA 02201

DATE AND TIME:
March 5, 2008– 11:00 a.m.

_____    _____
ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

DATE: 2/27/08

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
Helen G. Litsas, Law Office Of Helen G. Litsas, Hollett Building, 38 Main Street, Saugus, MA 01906, (781)231-8090

RULE 45, FEDERAL RULES OF CIVIL PROCEDURE, PARTS C & D:

(C) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

to travel to a place more than 100 miles from the place where that person resides, is

1

08 05:21 FAX  7812318094              CANON                              ☒004/022

|  | DATE | PLACE |
|---|---|---|
| SERVED | March 3, 2008 | 12 Greenheys St; Boston, MA |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Maria Danosa | In-hand i.e. personal service |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| John E. Gamel | Private Investigation |

### DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE PROOF OF SERVICE IS TRUE AND CORRECT.

EXECUTED ON  March 3, 2008          _J.L.E. [signature]_
           DATE                   SIGNATURE OF SERVER

288 Washington St #332; Brookline, MA 02446
ADDRESS OF SERVER

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff at:

Andrew Stockwell-Alpert
11 Beacon Street, Suite 1210
Boston, Massachusetts 02108

03/07/08      Helen G. Litsas
Date

3