UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## DEFENDANTS CITY OF BOSTON'S AND THOMAS TAYLOR'S CERTIFICATION OF SERVICE PURSUANT TO THIS COURT'S FEBRUARY 26, 2008 ORDER

    Defendants, City of Boston and Thomas Taylor, Jr. ("Defendants"), hereby file this certification of service regarding the service of this Court's February 26, 2008 Order upon nonparty witness, Travo Carter. The Defendants hereby certify that on March 6, 2008, Travo Carter was served in hand with a copy of the February 26, 2008 Order, his prior deposition subpoenas, and a subpoena rescheduling his deposition to March 8, 2008 at 11 am. See Exhibit A.

Respectfully submitted,
DEFENDANTS, THOMAS TAYLOR, JR. AND CITY OF BOSTON,

By their attorneys:

/s/ Helen G. Litsas
_____
Helen G. Litsas #644848
Special Assistant Corporation Counsel
Hollett Building
38 Main Street
Saugus, MA 01906
(781) 231-8090

Evan C. Ouellette, BBO # 655934
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4048

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon lead plaintiff's counsel, Andrew Stockwell-Alpert, by electronic filing and by postage prepaid, first class, U.S. Mail.

3/7/08    /s/    Helen G. Litsas

Date             Helen G. Litsas

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 3/5/2008 | 39 Mellen St; Dorchester, MA |

SERVED ON (PRINT NAME): Travo Carter

MANNER OF SERVICE: In-hand

SERVED BY (PRINT NAME): John E. Gamel

TITLE: Private Investigator

### DECLARATION OF SERVER

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE PROOF OF SERVICE IS TRUE AND CORRECT.

EXECUTED ON 3/5/2008

SIGNATURE OF SERVER

388 Washington St - #332, Brookline, MA
ADDRESS OF SERVER

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the plaintiff at:

Andrew Stockwell-Alpert
11 Beacon Street, Suite 1210
Boston, Massachusetts 02108

3/5/08
Date    Helen G. Litsas

3