UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,
    Defendants.

## DEFENDANTS CITY OF BOSTON'S AND THOMAS TAYLOR'S UPDATED STATUS REPORT REGARDING DEFENDANTS' EMERGENCY MOTION FOR CONTEMPT AGAINST NONPARTY WITNESSES FOR FAILURE TO OBEY DEPOSITION SUBPOENAS AND THIS COURT'S ORDER COMPELLING THEIR DEPOSITION ATTENDANCE pursuant to fed. R. civ. P. 45(f)

Defendants, City of Boston and Thomas Taylor, Jr. ("Defendants"), hereby submit this updated status report regarding their previously filed Motion for Contempt, filed January 31, 2008. A contempt hearing on said motion is scheduled for a continued hearing today, Thursday, March 13, 2008.

Defendants hereby certify that nonparty witnesses Travo Carter and Maria DeRosa appeared for their deposition yesterday, March 12, 2008. Accordingly, the Defendants hereby withdraw their motion for contempt against Travo Carter and Maria DeRosa and request that unless the Court prefers otherwise, the contempt hearing scheduled for today be cancelled. Undersigned counsel certifies further that if the hearing is cancelled, she will notify plaintiff's counsel immediately.

Respectfully submitted,
DEFENDANTS, THOMAS TAYLOR, JR. AND CITY OF BOSTON,

By their attorneys:

/s/ Helen G. Litsas
_____
Helen G. Litsas #644848
Special Assistant Corporation Counsel
Hollett Building
38 Main Street
Saugus, MA 01906
(781) 231-8090

Evan C. Ouellette, BBO # 655934
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617)635-4048

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon lead plaintiff's counsel, Andrew Stockwell-Alpert, by electronic filing, email, facsimile and by postage prepaid, first class, U.S. Mail.

3/13/08          /s/ Helen G. Litsas

Date             Helen G. Litsas