UNITED STATES DISTRICK COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11803-MLW

SHENIA DANCY-STEWART as
Adminstratrix of the Estate of EVELINE
BARROS-CEPEDA

          Plaintiff,

v.

THOMAS TAYLOR, JR., and the CITY OF
BOSTON
          Defendants.

## NOTICE OF APPEARANCE

A. Damien Puller, Esq. of the Law Office of A. Damien Puller, Esq. herein appears for Luis Carvalho, as counsel for purposes of his deposition, in the above referenced matter.

Dated: March 24, 2008

                    LUIS CARVALHO.
                    By his attorney,


                    A. Damien Puller, Esq.  BBO No. 633746
                    252 West St.
                    P.O. Box 461
                    Mansfield, MA 02048
                    (617 803-1700


## CERTIFICATE OF SERVICE

I, A. Damien Puller, do hereby certify that a copy of the above document was served by first-class mail upon City of Boston Law Department, City Hall, Room 615 via mail on this 25th day of March, 2008.


                    A. Damien Puller

BOS1460256.1