UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, MARIA DaROSA and LUIS CARVALHO<br>Plaintiffs<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the<br>CITY OF BOSTON<br>Defendants | Civil Action<br>No. 05-11803MLW |

**PLAINTIFF COUNSEL ANDREW STOCKWELL-ALPERT'S ASSENTED TO MOTION FOR VERY SHORT CONTINUANCE**

Plaintiff's counsel Andrew Stockwell-Alpert moves, with the assent of all other counsel for a very short continuance of the Scheduling Conference set for Thursday, April 24, 2008 at 3:00 P.M. to any date convenient to the Court in the following week or any week thereafter.

As grounds thereof, Attorney Stockwell-Alpert state that when the date was originally selected, he had completely forgotten that this date fell during the week of public school vacation. His daughter has no school and his wife, a school library teacher, also has the week off and plans were made to be out of state, partly to celebrate his mother's eighty-eighth birthday in New York with the family. This conference is the only in-court event standing in the way of these plans and counsel hopes that the Court would be willing to grant even the briefest of continuances so counsel can join the rest of his family.

Respectfully submitted

_____
Andrew Stockwell-Alpert
11 Beacon Street – Suite 1210
Boston, MA 02108
617) 720-4244
BBO #481190

Assented by:

_____
Helen Litsas  Evan Ouelette et als.