# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as
Administratrix of the Estate of
EVELINE BARROS-CEPEDA

Plaintiff,

v.

THOMAS TAYLOR, JR., and the
CITY OF BOSTON

Defendants.

## LUIS CARVALHO'S MOTION FOR CONTINUANCE OF HEARING AND COURT'S ORDER FOR RESPONSES TO DEPOSITION

Now comes, Third-Party Witness, Luis Carvalho ("Mr. Carvalho"), seeking a continuance of the hearing scheduled for April 16, 2008 to the date of the next scheduled status conference and continuance of the court's order requiring Mr. Carvalho to identify with particularity as to each deposition interrogatory his 5th Amendment Objections and in what respect a responsive answer may incriminate him. Mr. Carvalho incorporates document 105 herein by reference.

In support of his motion Mr. Carvalho states as follows:

- His counsel was provided with a copy of his deposition for the Defendant's on the evening of Thursday, April, 11, 2008

- Mr. Carvalho has begun reviewing his deposition transcript with the assistance of counsel on April 13, 2008 but the process continues

- Mr. Carvalho believes that it will take him at least one week to complete the process of reviewing his deposition transcript for the purposes of responding to the court's order (with the assistance of counsel)

- His responses to the Court's Order require deliberation and examination as an improper response could result in the loss of his liberty

- Mr. Carvalho believes that he can fully comply with the Court's Order if the Court grants his motion

Counsel states that he has conferred with the Defendant's Counsel. Defendant's Counsel has no objection to Mr. Carvalho's motion.

**Wherefore**, Third Party Witness, Luis Carvalho, moves this court to enter an Order **Granting a Continuance to the Status Conference for Mr. Carvalho to Comply with the Court's Order (Document 105).**

Respectfully submitted,

LUIS CARVALHO
By his attorney,

/s/ A. Damien Puller
A. Damien Puller, Esq.
252 West St.
P.O. Box 461
Mansfield, MA 02048
(617) 803-1700

DATED: April 14, 2008

CERTIFICATE OF SERVICE

I, A. Damien Puller, hereby certify that, this 14th day of April, 2008, I sent a copy of the above document by electronic mail to all counsel at their e-mail addresses of record.

/s/ A. Damien Puller
A. Damien Puller

L.R. 7.1 Certification

Counsel certifies that he has conferred and has attempted in good faith to resolve or narrow the issue.

/s/ A. Damien Puller
A. Damien Puller