UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | City of Boston et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Andrew Stockwell-Alpert | Helen Listas |
| William Keefe | Evan Oullette |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/16/08 | Also in attendance is attorney Damien Puller counsel for third party witness Luis Carvalho.  Defense counsel informs the court that none of the third party witnesses are present, but that the third party witness Diane Cepeda completed her deposition last night and they are withdrawing their motion for contempt as to Cepeda.  Court takes up the absence of Carvalho with his counsel.  Court states that it is still considering civil and criminal contempt against all of the missing third party witnesses.  Court turns to the third party witness Fernandez.  Defendants call John Gammel - witness takes the stand and is sworn.  Court finds that Fernandez's absence today is willful and will institute contempt proceedings and issue a bench warrant.  Court is concerned by Cepeda's absence but since defendants are withdrawing their motion for contempt - court allows the withdrawal of the motion.  Court now turns to the third party witness Carvalho.  Court orders the deposition of Carvalho to take place on 4/23/2008 at 10:30 am.  Court takes up the scheduling matters and cancels the conference scheduled for 4/24/2008 mooting plaintiff's counsel's motion to continue.  Court orders the parties to confer and report by 4/29/2008 re: motions for summary judgment and whether the plaintiff will maintain its claims against the City of Boston.  Court sets a briefing schedule for summary judgment motions. |