UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART as Administratrix )
of the Estate of EVELINE BARROS-CEPEDA, )
             Plaintiff )
       v. )
)
THOMAS TAYLOR, Jr., and the )
CITY OF BOSTON )
        Defendants )
)

Civil Action
Docket No. 05-11803MLW

**STATUS REPORT**

The Plaintiff Thomas Taylor intends to file a Motion for Summary Judgment as discussed

at the in-court Scheduling Conference and, where deemed appropriate, the City of Boston will

also join in that Motion.

All applicable filing and hearing dates for said Motion have been previously set.

Respectfully submitted,
For the Plaintiff,

Andrew Stockwell-Alpert
11 Beacon Street – Suite 1210
Boston, MA 02108
(617) 720-4244
B.B.O. #481190

Helen Litsas, Esq.

Evan Ouelette