UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART,           )
    Plaintiff,              )
                                )
    v.                      )          C.A. No. 05-11803-MLW
                                )
THOMAS TAYLOR, Jr., ET AL.,     )
    Defendants.             )

ORDER

WOLF, D.J.                                          April 16, 2008

For the reasons stated in court on April 16, 2008, it is hereby ORDERED that:

1.   Luis Carvalho shall appear for a continuation of his deposition on April 23, 2008 at 10:30 a.m.

2.   By April 29, 2008, the parties shall confer, as required by Local Rule 7.1, and jointly report regarding:

a) whether the plaintiff wishes to voluntarily dismiss the City of Boston as a defendant; and

b) whether either party will be filing a motion for summary judgment.

3.   If the report states that no motion for summary judgment is being filed, a pretrial conference will be scheduled.  The pretrial conference now scheduled for April 24, 2008 is cancelled.

4.   Any motion for summary judgment shall be filed, in the manner required by Local Rule 56.1, by May 23, 2008.

3.   Any response shall be filed, in the manner required by Local Rule 56.1, by June 20, 2008.

1

4.    Any reply shall be filed by July 3, 2008.

5.    A hearing on any motion for summary judgment will be held

on August 8, 2008, at 3:00 p.m.

                                          /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE