UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SHENIA DANCY-STEWART,           )
     Plaintiff,                 )
                                )
     v.                         )      C.A. No. 05-11803-MLW
                                )
THOMAS TAYLOR, Jr., ET AL.,     )
     Defendants.                )
```

ORDER

WOLF, D.J.                                              May 6, 2008

On May 2, 2008, the defendants filed an Emergency Motion to Compel Nonparty Witness Maria DaRosa's Deposition Testimony. The defendants' motion seeks to compel Ms. DaRosa to answer certain questions posed at her deposition that she refused to answer based on assertions of a Fifth Amendment right against self-incrimination which defendants contend does not exist concerning those questions. Because the defendants' motion for summary judgment is due May 23, 2008, an expedited response to the motion to compel is required.

Therefore, it is hereby ORDERED that:

1. Ms. DaRosa shall, by May 12, 2008, file a written response to the defendants' motion to compel her deposition testimony.

2. Ms. DaRosa and her counsel shall attend a hearing on May 14, 2008, at 3:00 p.m., and be prepared to answer any questions necessary for the court to determine whether Ms. DaRosa has properly invoked her Fifth Amendment rights concerning any or all of the deposition questions at issue. Counsel for the parties

shall attend this hearing.

    3.    The defendants shall serve Ms. DaRosa's counsel with a copy of this Order, and shall serve her personally if she is not represented by counsel.

    4.    Any failure to obey this Order may be deemed a criminal and/or civil contempt.

                                   /s/ Mark L. Wolf  
                              UNITED STATES DISTRICT JUDGE