UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SHENIA DANCY-STEWART,         )
     Plaintiff,               )
                              )
     v.                       )    C.A. No. 05-11803-MLW
                              )
THOMAS TAYLOR, Jr., ET AL.,   )
     Defendants.              )
```

ORDER

WOLF, D.J.                                                May 9, 2008

The court is informed that Carlos Fernandes has been arrested pursuant to the warrant issued on April 21, 2008 because of his failure to appear on April 16, 2008 pursuant to the attached April 7, 2008 Order. It is hereby ORDERED that:

1. A magistrate judge shall appoint counsel for Fernandes forthwith.

2. Fernandes shall be detained in custody until he appears before this court on May 14, 2008, at 3:00 p.m., to address the issues described in the April 7, 2008 Order. At that hearing the court will also address whether civil and/or criminal contempt proceedings should be conducted based on Fernandes' failure to appear as ordered on April 16, 2008.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE

1