UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHENIA DANCY-STEWART**
         **Plaintiff**

                                        C.A. 05-11803-,MLW

    V.

**THOMAS TAYLOR Jr, et.. al.**
         **Defendant**

- **MOTION TO MODIFY ORDER**

    Now comes Carlos Fernandez, and respectfully requests that the Court's order of May 9, 2008 detaining him until May 14, 2008 be modified to allow him to report in person on that da

    For reason, petitioner states that he appeared at one deposition previously and did not receive notice of the second deposition.

    Petitioner states that he no longer resides with his parents at 185 Westville Street in Dorchester, MA, but spends his time between his Aunt's home at 39 Lonsdale Street Apt.2 Dorchester, MA and his girl friend's house 69 Boylston Street Randolph, MA.

    Petitioner further states that he will attend any and all depositions in the future where he is requested to give testimony.

                                  By his attorney,

                                  James S. Dilday
                                  Dilday & Associates, LLC
                                  27 School Street
                                  Boston, MA 02108
                                  617-227-3470
                                  BBO# 124360