UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | City of Boston et al |
|---|---|
| PLAINTIFF | DEFENDANT |
|  | James Dilday |
|  |  |
|  |  |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Hancock

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/9/08 | Court goes over the procedural history with the witness Carlos Fernandez and his counsel James Dilday. |
|  | Court states that as the motion to modify his order to detain the witness was filed recently and as such was not able to give the parties notice of the hearing.  After hearing from counsel the court will decide whether to rule on the motion or continue the hearing to give the parties an opportunity to be heard.  Counsel confirms the defendant claims that he never received notice of the hearing.  Court states that it has previously found based based on prior testimony that he did receive notice.  Counsel requests that the witness be released and that he report to pre-trial services on Monday or post the cash for his return on Wednesday.  Court says any bail hearing will be conducted on Monday afternoon, provided they are available.  Attorney Dilday informs the court that he is available Monday afternoon.  Court continues the hearing on the motion to modify the order until Monday May 12, 2008 at 3:15 pm.  Court orders Attorney Dilday to print out the relevant filings since December in this case related to Mr. Fernandez.  Court reminds counsel and the witness that its goal is to resolve his fifth amendment rights and the extent of the same. |