UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | City of Boston et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| William Keefe | Helen Listas |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/12/08 | Also in attendance is Attorney James Dilday on behalf of the witness Carlos Fernandez, who is also present in the courtroom. Court goes over the procedural history of the case. Court informs the witness that he is facing potential criminal contempt charges. If convicted the court will not impose a sentence of more than 6 months, therefore Fernandez is not entitled to a jury trial. Court puts the criminal contempt charges aside and focuses on the civil contempt charge. Attorney Dilday informs the court that Fernandez does not have a Fifth Amendment Right and is now prepared to go forward with the deposition. Court proposes that the deposition be taken tomorrow that way any problems can be dealt with at the hearing scheduled for Wednesday, May 14, 2008. Attorney Dilday requests the release of the witness. Carlos Fernandez takes the stand and is sworn. Defendant's counsel does not question the witness and does not oppose the release of the witness. Court questions the witness. Court to issue a written order releasing the witnesses from the warrant issued by the court. Court orders the witness to appear for a deposition on May 13, 2008 at 11:00 at City Hall room 615. Court orders the witness to be in court on May 14, 2008 at 3:00 PM. Court orders the attorneys to report after the deposition but no later than 4:30 pm (a) whether Fernandez appeared for the deposition and whether there were any 5th Amendment issues. |