```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

SHENIA DANCY-STEWART,          )
    Plaintiff,                 )
                               )
    v.                         )     C.A. No. 05-11803-MLW
                               )
THOMAS TAYLOR, Jr., ET AL.,    )
    Defendants.                )

## ORDER

WOLF, D.J.                                              May 9, 2008

    For the reasons stated in court on May 12, 2008, it is hereby ORDERED that:

    1. Carlos Fernandes shall be released from custody forthwith.

    2. Fernandes shall, on the evenings of May 12 and 13, 2008, stay at 69 Boylston Street, Randolph, Massachusetts with Stephanie Barbosa.

    3. Fernandes shall appear for his continued deposition on May 13, 2008, at 11:00 a.m., in Room 615, at Boston City Hall.

    4. By 4:30 p.m. on May 13, 2008, counsel for Fernandes and the defendants shall report to the court whether: Fernandes appeared for his deposition; (b) the deposition was completed; and (c) there are any Fifth Amendment or other issues concerning Fernandes' testimony to be addressed at the May 14, 2008 hearing.

    5. Fernandes shall, in any event, appear for a hearing on May 14, 2008, at 3:00 p.m.

                                  /s/ MARK L. WOLF
                                  UNITED STATES DISTRICT JUDGE