UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHENIA DANCY-STEWART**
    **Plaintiff**

    **V.**                        **C. A. 05-11803-MLW**

**THOMAS TAYLOR, Jr. ET. AL.**
    **Defendants**

## JOINT STATUS MEMORANDUM

Now come Thomas Taylor Jr. et. al., defendants in the above captioned matter and Carlos Fernandes, the subject of a defense motion to compel testimony, by and through their respective counsel and state as follows:

1. A deposition of Mr. Fernandes was held on this date in Room 615, Boston City Hall. The deposition was convened by Helen Litsas, counsel for the defendants and attended by Del DiMaranda, counsel for the plaintiff and James S. Dilday, counsel for Mr. Fernandes.

2. Mr. Fernandes provided testimony at the deposition, and answered all questions put to him by counsel for the defendants.

3. It is the opinion of the undersigned counsel that Mr. Fernandes complied with the Court's order regarding his deposition testimony.

                                  Respectfully submitted,

                                  /s/ James S. Dilday_____
                                  James S. Dilday, BBO#124360
                                  Dilday & Associates, LLC
                                  27 School Street
                                  Boston, MA 02108
                                  617-227-3470

                                  /s/ Helen G. Litsas_____
                                  Helen G. Litsas, BBO #644848
                                  Special Assistant Corporation Counsel
                                  Hollett Building

|  |  |
|---|---|
| | 38 Main Street |
| | Saugus, MA 01906 |
| May 13, 2008 | 781-231-8090 |

## CERTIFICATE OF SERVICE

I, James S. Dilday, certify that I served a copy of the within motion by filing same with the ECF filing system.

|  |  |
|---|---|
| May 13, 2008 | /s/James S. Dilday_____ |
| | James S. Dilday, Esq. |