UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11803

| Shenia Dancy-Stewart | City of Boston et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| William Keefe | Helen Listas |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/14/08 | Attorney Ed Masferrer for the witness Maria DeRosa. Court starts without Attorney Dilday for Carlos |
| | Fernandez who has yet to arrive. Court goes over the procedural history with the parties. Attorney Masfaerrer |
| | informs the court that he did not receive a copy of the court's order dated May 6, 2008. Attorney Masferrrer |
| | also informs the court that he did not inform his client to be present at the hearing today until today. Court |
| | notes that attorneyDilday has arrived at 3:20 pm. Attorney Listas reviews the papers sent to attorney |
| | Masferrer and confirms that a copy of the court's order was not included in the packet he brought to the court. |
| | Court finds that it Ms. DeRosa did not recevie adequate notice of the order requiring her appearance today |
| | on the present record. Court marks the documents presented by Attorney Masferrer as exhibits 1 and 2. |
| | Defendants will have to go without DeRosa's testimony. Court orders defense counsel to file a motion to |
| | reconsider by May 15, 2008 with the supporting documents. Court turns it focus to Mr. Fernandez and whether |
| | criminal contempt charges should be instituted. Court ends the civil contempt proceedings as to Mr. Fernandez |
| | but reserves ruling on whether criminal contempt proceedings should be instituted until after the trial. Court |
| | warns the witness that should he fail to appear for trial if subpoenaed the court will institute criminal |
| | contempt proceedings. Court continues Attorney Dilday's representation of Mr. Fernandez. |
| | |
| | |
| | |
| | |
| | |