UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix ) <br> of the Estate of EVELINE BARROS-CEPEDA, ) <br> Plaintiff ) <br> v. ) <br> ) <br> THOMAS TAYLOR, Jr., and the ) <br> CITY OF BOSTON ) <br> Defendants ) <br> ) | Civil Action <br> Docket No. 05-11803MLW <br><br> **PLAINTIFF'S MOTION TO** <br> **REINSTATE CLAIMS** |

The Plaintiff requests that the Court reinstate all of the claims it dismissed except for Count III.

The remaining claims against the City are based on respondeat superior liability for the tortious conduct of Officer Taylor in his capacity as an employee of the City and for which the City is the party that bears the legal responsibility. Thus, if Officer Taylor's conduct is found only to be negligent under state tort law and not a violation of the decedent's civil rights, the City and not the officer is the party that is held to account for that conduct The Plaintiff, while convinced that there is a clear violation of civil rights, is mindful of the possibility that a jury might think otherwise and has no intention of giving up all possibility of recovering damages because she has not pleaded these cause of action.

Respectfully submitted,
For the Plaintiff Shenia Dancy-Stewart, Adminstratrix

/s/ Andrew Stockwell-Alpert

Andrew Stockwell-Alpert
11 Beacon Street – Suite 1210
Boston, MA 02108
(617) 720-4244
B.B.O. #481190

Manuel R. Pires, Esq.
DeMiranda & Pires, L.L.C.
1212 Hancock Street
Quincy, MA 02169
(617) 479-8222
B.B.O. #563967

1

| | |
|---|---|
| Adelio DeMiranda<br>DeMiranda & Pires, L.L.C.<br>1212 Hancock Street<br>Quincy, MA 02169<br>(617) 479-8222<br>B.B.O. #120210 | Rudolph F. Miller<br>One McKinley Square<br>Boston, MA 02109<br>(617) 723-9500<br>B.B.O. # |
| William Keefe<br>390 Centre Street<br>Jamaica Plain, MA 02130<br>(617) 983-9200<br>B.B.O. #556817 | James E. McCall<br>4 Longfellow Place – Suite 3703<br>Boston, MA 02114<br>(617) 720-2900<br>B.B.O. #327365 |

Certificate of Service
[signature]