UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,<br>Plaintiff<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the CITY OF BOSTON<br>Defendants | )<br>)  Civil Action<br>)  No.0511803MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME

The Plaintiff, with the Defendants' assent, requests that the Court enlarge the time for the filing of her Opposition to the Defendant's Motion for Summary Judgment to July 7, 2008 from June 25, 2008.

In support hereof, the Plaintiff states that when her Motion for Reinstatement was allowed by the Court, it gave the Defendants an additional week (to June 30, 2008) in which to file its Motion for Summary Judgment without also granting the Plaintiff an additional week to file her Opposition, Thereafter, the Plaintiff assented th the Defendants' request to further enlarge the time for filing by three additional days (to June 2, 2008)  Both parties believe that fairness dictates that the Plaintiff be afforded the same addition time for filing that was given to the Defendants and therefore agree subject to Court approval  to a filing date of July 7, 2008 for her Opposition. Neither party believes that this change in the schedule will not require the rescheduling of any subsequent events.

Respectfully submitted

Andrew Stockwell-Alpert
11 Beacon Street–Suite 1210
Boston, MA 02108
(617) 720-4244
BBO #481190

Assented to by:

_/s/ Helen Litsas_
Helen Litsas, Esquire
38 Main Street
Hollett Building
Saugus, MA 02906

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____.