AO 443  (Rev. 11/07) Warrant for Arrest of Witness

# UNITED STATES DISTRICT COURT

District of _____

SHENIA DANCY-STEWART

V.

THOMAS TAYLOR & CITY OF BOSTON

**WARRANT FOR ARREST OF WITNESS**

Case Number: 05-cv-11803-MLW

To: The United States Marshal
    and any Authorized United States Officer

[Stamp: 2008 APR 22 A 2 11 U.S. MARSHAL SERVICE BOSTON, MA]

YOU ARE HEREBY COMMANDED to arrest _____CARLOS FERNANDES_____
                                               Name

and bring this witness forthwith before the District Court _____BOSTON_____
                                                                City

for the reason that the witness failed to appear.

YOU ARE FURTHER COMMANDED to detain the witness in custody until the witness is discharged by the court.

ORDERED BY

[Seal: United States District Court, District of Massachusetts]

_____          _____Chief Judge_____
Name of Issuing Officer                    Title of Issuing Officer

_____          April 21, 2008, Boston, MA
Signature of Deputy Clerk                  Date and Location    02210

| RETURN |
|---|
| This warrant was ~~received~~ **WARRANT EXECUTED BY** ~~the arrest of the above~~-named witness. J. Norton DUSM  BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 05/05/2008 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |