UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,<br>    Plaintiff<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the<br>CITY OF BOSTON<br>    Defendants | Civil Action<br>No. 05-11803MLW |

### PLAINTIFF'S MOTION TO ENLARGE TIME WITH DEFENDANTS' ASSENT

The plaintiff moves, with the defendants' assent, to enlarge the time for filing her Opposition to the Defendants' Motion for Summary Judgment by **one day** from July 7, 2008 to July 8, 2008.

In support thereof, the plaintiff state that the one additional day is necessary in order to properly assemble all of the numerous pleadings, exhibits and other associated documents in final and proper form for submittal to the Court.

Respectfully submitted

_____
Andrew Stockwell-Alpert
11 Beacon Street –Suite 1210
Boston, MA 02108
617) 720-4244
BBO #481190

Assented by:

_____
Helen G. Litsas, Esq.
38 Main Street
Saugus, MA