UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHENIA DANCY-STEWART as
Administratrix of the Estate of EVELINE
BARROS-CEPEDA,

      Plaintiff,

v.                                                                  CIVIL ACTION NO. 05-11803-MLW

THOMAS TAYLOR, Jr., and the CITY
OF BOSTON,

      Defendants.

### PLAINTIFF'S NOTICE OF INTENT TO WAIVE OPPOSITION TO DEFENDANT CITY OF BOSTON'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Shenia Dancy-Stewart as Administratrix of the Estate of Eveline Barros-Cepeda, hereby waives opposition to Defendant City of Boston's Motion for Summary Judgment in the above-captioned matter.

      Respectfully submitted,
      PLAINTIFF, SHENIA DANCY-STEWART as
      Administratrix of the Estate of EVELINE
      BARROS-CEPEDA,

      By her attorney:

      /s/ Andrew Stockwell-Alpert
      _____
      Andrew Stockwell-Alpert, BBO#481190
      11 Beacon Street, Suite 1210
      Boston, MA 02108
      (617) 720-4244

## CERTIFICATE OF SERVICE

I, Andrew Stockwell-Alpert, hereby certify that on this date I served a copy of the foregoing documents upon defendant's lead counsel, Helen G. Litsas, by electronic filing and by postage prepaid, first class, United States mail.

7/7/08  7/8/07
_____                         /s/ Andrew Stockwell-Alpert
Date                                            Andrew Stockwell-Alpert