UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS TAYLOR, Jr., and the CITY OF BOSTON,<br><br>    Defendants. | CIVIL ACTION NO. 05-11803-MLW |

**PLAINTIFF'S OPPOSITION TO DEFENDANT THOMAS TAYLOR'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Shenia Dancy-Stewart as Administratrix of the Estate of Eveline Barros-Cepeda, submits this Opposition in the above-referenced matter and states as grounds the following:

1)   The Defendant, Thomas Taylor, Jr. ("Taylor"), has not met his burden of affirmatively demonstrating that there is no genuine issue of fact on every relevant issue raised by the pleadings;

2)   qualified immunity does not apply; or, in the alternative, the issue of qualified immunity cannot be resolved at this juncture; and

3)   the Plaintiff's pendent state law claims are viable.

Accordingly, Taylor's motion for summary judgment must be denied in its entirety.

The Plaintiff attaches a Memorandum of Law in support of her Opposition, along with

1

her Local Rule 56.1 Statement of Facts in Dispute.

                                        Respectfully submitted,
                                        PLAINTIFF, SHENIA DANCY-STEWART as
                                        Administratrix of the Estate of EVELINE
                                        BARROS-CEPEDA,

                                        By her attorney:

                                        /s/ Andrew Stockwell-Alpert
                                        Andrew Stockwell-Alpert, BBO#481190
                                        11 Beacon Street, Suite 1210
                                        Boston, MA 02108
                                        (617) 720-4244

## CERTIFICATE OF SERVICE

I, Andrew Stockwell-Alpert, hereby certify that on this date I served a copy of the foregoing documents upon defendant's lead counsel, Helen G. Litsas, by electronic filing and by postage prepaid, first class, United States mail.

7/7/08 7/7/08                                        /s/ Andrew Stockwell-Alpert
Date                                                    Andrew Stockwell-Alpert