UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05-11803-MLW**

| |
|---|
| SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA, <u>Plaintiffs</u>, <br><br> v. <br><br> THOMAS TAYLOR, Jr., and the CITY OF BOSTON, <u>Defendants</u>. |

**DEFENDANT THOMAS TAYLOR'S NOTICE OF INTENT TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT TAYLOR'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, Thomas Taylor, hereby submits its Notice of Intent to file a written reply to Plaintiff's Opposition to Defendant Taylor's Motion for Summary Judgment. Under this Court's original summary judgment schedule, this Court had allotted Defendant Taylor approximately two weeks after the deadline for the Plaintiff's Opposition to file his Reply Brief. <u>See</u> Document No. 119. The most recently amended deadline for Plaintiff's Opposition was July 8, 2008. Accordingly, Defendant Taylor intends to file his Reply Brief two weeks from that deadline, on **July 23, 2008**, unless this Court deems otherwise.

Respectfully submitted,
DEFENDANT THOMAS TAYLOR, JR.,

By his attorneys:

/s/ Helen G. Litsas
_____
Helen G. Litsas #644848
Special Assistant Corporation Counsel
Hollett Building
38 Main Street
Saugus, MA 01906
(781) 231-8090


Evan C. Ouellette, BBO # 655934
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617)635-4048


## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing document upon lead plaintiff's counsel, Andrew Stockwell-Alpert, by email, electronic filing and by postage prepaid, first class, U.S. Mail.

7/15/08        /s/ Helen G. Litsas
_____        _____

Date           Helen G. Litsas