UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11803-MLW

SHENIA DANCY-STEWART as Administratrix of the Estate of EVELINE BARROS-CEPEDA,
    Plaintiffs,

v.

THOMAS TAYLOR, Jr., and the CITY OF BOSTON,
    Defendants.

### DEFENDANT'S ASSENTED-TO MOTION FOR TWO BUSINESS DAY EXTENSION OF TIME TO FILE DEFENDANT THOMAS TAYLOR'S REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Boston Police Officer Thomas Taylor ("Defendant"), hereby moves for a brief two (2) business day extension of time to file his Reply Brief to Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. If the Defendant's Motion for Extension is allowed, the Defendant's Reply Brief would be filed on or before Friday, July 25, 2008. In support of the instant motion, the Defendant states as follows:

1. Counsel for the Plaintiff assents to this Motion for Extension of Time.

2. Counsel for the Defendant fully expected to complete the Defendant's Reply Brief by Wednesday, July 23, 2008, but Counsel's unexpected involvement in other matters and an unexpected absence from the office has resulted in the need for additional time to fully prepare the Defendant's Reply Brief.

3. Defendant's Counsel needs and requests a short two (2) business day extension to complete the Defendant's brief.

4. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension will further the interests of justice.

WHEREFORE, the Defendant respectfully requests that this Court grant the instant Assented-to motion for a two (2) day extension of time, or until Friday, July 25, 2008, to file Defendant's Reply Brief.

Respectfully submitted,
DEFENDANT, THOMAS TAYLOR, JR.,

By his attorney:

/s/ Helen G. Litsas
_____
Helen G. Litsas #644848
Special Assistant Corporation Counsel
Hollett Building
38 Main Street
Saugus, MA 01906
(781) 231-8090

Evan C. Ouellette, BBO # 655934
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617)635-4048

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that on July 23, 2008, I communicated with Plaintiff's Attorney, Andrew Stockwell-Alpert, regarding the *Defendant's Motion for Extension* and he assented to this motion.

| 7/23/08 | /s/ Helen G. Litsas |
|---|---|
| Date | Helen G. Litsas |

## CERTIFICATE OF SERVICE

I, Helen Litsas, Counsel for Thomas Taylor, do hereby certify that on this day I filed a true copy of the attached documents via electronic filing and provided Plaintiff's counsel with a copy by facsimile and regular mail.

Dated: <u>July 23, 2008</u>                             <u>/s/ Helen G. Litsas</u>
                                                                              Helen G. Litsas