## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SHENIA DANCY-STEWART**
    **Plaintiff**

v.                                                                    C.A. No. 05-11803-MLW

**THOMAS TAYLOR et al**
    **Defendants**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated September 23, 2008 allowing the Defendant, City of Boston, Motion for Summary Judgment on Count V of the Third Amended Complaint and allowing the Defendant, Thomas Taylor's Motion for Summary Judgment, on Counts I and II of the Third Amended Complaint and Dismissing without prejudice, Counts IV and VI, of the Third Amended Complaint, it is hereby ORDERED:

Judgment for the Defendant, City of Boston as to Counts V and Thomas Taylor as to Counts I and II of the third amended complaint. Counts IV and VI are dismissed without prejudice.

                                            By the Court,

**September 24, 2008**                                           **/s/ Dennis O'Leary**
**Date**                                                                    **Deputy Clerk**

(judge-sj.wpd - 12/98)                                                                   [jgm.]